THE STATE, CHARLES MORAN, PROSECUTOR, PLAINTIFF IN ERROR, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF HUDSON, DEFENDANTS.

Error to Supreme Court.

For the proceedings and judgment in this case in the court below, see *ante p.* 25.

A writ of error having been brought to remove the judgment into this court, and errors having been assigned, the cause was set down for argument at the present term.

Mr. A. S. Jackson having been heard on the part of the plaintiff in error, the court, without hearing counsel on the part of the defendant, affirmed the judgment, *una voce.*

---

* *Rev., p.* 875, § 176.